AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 922(g)(5)(A) - Alien in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One and Two: Imprisonment: 10 years
Fine: $250,000; Supervised release: 3 years;
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

APR 2 2008

**DEFENDANT - U.S**

▶ CARLOS ANTONIO MORALES GARCIA

DISTRICT COURT NUMBER

CR08-0216 CW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  DANIEL KALEBA AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-0216

CARLOS ANTONIO MORALES GARCIA,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 922(g)(5)(A) - Alien in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __2__ day of

APRIL 2008

_____ Clerk

Bail $ No bail / arrest warrant.

Wayne D. Brazil    4-2-08

1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney

**FILED**
2008 APR -2 PM 3: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0216 CW

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 922(g)(5)(A) – Alien in Possession of a Firearm and Ammunition |
| v. | |
| CARLOS ANTONIO MORALES GARCIA, | |
| Defendant. | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:** (18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition)

On or about March 14, 2008, in the Northern District of California, the defendant,

CARLOS ANTONIO MORALES GARCIA,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearm and ammunition: (1) a Colt .25 caliber pistol, serial number 364646; and (2) six rounds of .25 caliber ammunition, specifically, four rounds of Winchester .25 caliber ammunition, and

INDICTMENT
*United States v. Morales Garcia*

1 | two rounds of Remington .25 caliber ammunition, all in violation of Title 18, United States
2 | Code, Section 922(g)(1).
3 | **COUNT TWO:** (18 U.S.C. § 922(g)(5)(A) - Alien in Possession of a Firearm and Ammunition)
4 | On or about March 14, 2008, in the Northern District of California, the defendant,
5 | CARLOS ANTONIO MORALES GARCIA,
6 | an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting
7 | interstate commerce, the following firearm and ammunition: (1) a Colt .25 caliber pistol, serial
8 | number 364646; and (2) six rounds of .25 caliber ammunition, specifically, four rounds of
9 | Winchester .25 caliber ammunition, and two rounds of Remington .25 caliber ammunition, all in
10 | violation of Title 18, United States Code, Section 922(g)(5)(A).

DATED: April 2, 2008

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA DANIEL KALEBA

INDICTMENT
*United States v. Morales Garcia*