DOCUMENTS UNDER SEAL ☐          TOTAL TIME (mins): 10 Mins

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 4/3/08 10:04:16-10:14:38 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 4/3/08 | NEW CASE ☐ | CASE NUMBER CR-08-00216-CW |

### APPEARANCES

| DEFENDANT CARLOS ANTONIO MORALES GARCIA | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Rebecca Silbert | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Daniel Kaleba | INTERPRETER Monique Inciarte (Spanish Int.) | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR 5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS 4/3/08 | ☒ ADVISED OF CHARGES 4/3/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

**FILED**

APR 3 - 2008

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| | | | | | |
|---|---|---|---|---|---|
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO BOTH 2 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 4/8/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 4/8/08 FOR CONTINUITY OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. provided the Court with a copy of the deft's ICE detainer. The deft. told Court that there's a possibility that he will be able to hire his own atty. but for now, he asked that someone from the Fed. Public Defender's Office represent him. AFPD R. Silbert will provide the deft. with a fin. affidavit form & will assist him in filling it out.

cc: WDB's Stats, Pretrial, Sheilah          DOCUMENT NUMBER:

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

APR 3 - 2008

RECEIVED

RECEIVED
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Immigration Detainer - Notice of Action**

| File No. | |
|---|---|
| | **A70 451 972** |
| **APRIL 3, 2008** | |

| TO: (Name and title of institution) | From: (INS office address) |
|---|---|
| **U.S. Marshals Service** | U.S. Immigration and Customs Enforcement |
| **Oakland, CA.** | Detention and Removals |
| **Or any subsequent law enforcement agency** | 630 Sansome Street |
| | San Francisco, CA 94111 (415) 844-5646 |
| **To Follow On All Transfers** | |

Name of alien:   **MORALES-Garcia, Carlos Antonio**

   CII:  **CA11923977**          FBI# **250107HB7**

Date of birth:   **AUGUST 16, 1977**          Nationality:   **GUATEMALA**          Sex:   **Male**

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____  .
      (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on  _____  .
                                                                                                              (Date)

☒ **Deportation or removal from the United States has been ordered.**

**It is requested that you:**

Please accept this notice as a detainer.  This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien.  You may notify INS by calling _____ _____ during business hours or _____ _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

   **Please return a signed copy via facsimile to      (415)      844-5591** _____
                                                                               (Area code and facsimile number)

☒ **Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.**
☒ **Notify this office in the event of the inmate's death or transfer to another institution.**
☐ Please cancel the detainer previously placed by this Service on _____  .

_____          _____
   Cesar López #3153                                    Deportation Officer
   (Signature of ICE official)                          (Title of ICE official)

Date of latest conviction: _____          Latest conviction charge: _____

Estimated release date: _____

   **SIGNATURE AND TITLE OF OFFICIAL:** _____          Form I-247 (Rev. 4-1-97)N

*********************************RECEIPT ACKNOWLEDGED*********************************