UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 4/16/08**

**Plaintiff:** United States

**v.**                                                 **No.** CR-08-00216 CW

**Defendant:** Carlos Antonio Morales Garcia (present - in custody
                                                interpreter used)

**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**

**Speedy Trial Date:**

                     **Hearing:  Trial Setting**

**Notes:**    This was the defendant's initial appearance before District
Judge.  Defense is in the process of pulling priors and checking
police reports from San Palo PD which may take a couple of weeks to
get.  Government has provided discovery.  **Case continued to 5/14/08 at
2:00 p.m. for trial setting or disposition or motions setting.**   Time
excluded for effective preparation.

Copies to: Chambers