UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order



FILED
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 5/14/08

Plaintiff:  United States

v.                                          No.  CR-08-00216 CW

Defendant:  Carlos Antonio Morales Garcia (present - in custody
                                           interpreter used)


Appearances for Plaintiff:
Doug Sprague

Appearances for Defendant:
Rebecca Silbert

Interpreter:
Angela Zawadsky (Spanish)

Probation Officer:


Speedy Trial Date:


Hearing:  Change of Plea

Notes:     Defendant enters under oath Rule 11(c)(1)(C) plea of guilty
to Count One of the Indictment charging felon in possession of a
firearm and ammunition in violation of 18 USC 922(g)(1).   Plea
Agreement filed.  Court finds factual basis for plea; Court accepts
plea.  PSR requested.  **Sentencing set for 8/6/08 at 2:00 p.m.** ✓

Copies to: Chambers; probation