UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _CR-08-00216 CW_

Defendant's Name _Carlos Antonio Morales Garcia_

Defense Counsel _Rebecca Silbert AFPD_

Referral Date _5/14/08_

Sentencing Date _8/6/08 @ 2:00 pm_

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: _yes_

Is defendant English-speaking? _No_ ) Spanish

cc: U. S. Probation