1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYSBN 3988607)
   Assistant United States Attorney
5
      1301 Clay Street; Suite 340-S
6     Oakland, California 94612
      Phone: 510/637-3717
7     Fax: 510/637-3724
      E-mail:christine.wong@usdoj.gov
8

9  Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,      )   No. CR 08-0216 CW
                                  )
14      Plaintiff,                )
                                  )   NOTICE OF SUBSTITUTION OF
15    v.                          )   ATTORNEY
                                  )
16 CARLOS GARCIA-MORALES,         )
                                  )
17      Defendant.                )
                                  )
18

19     Please take notice that as of June 5, 2008, the Assistant United States Attorney whose

20 name, address, telephone number and e-mail address listed below is assigned to be

21 counsel for the government.

22                         CHRISTINE Y. WONG
                       Assistant United States Attorney
23                       1301 Clay Street; Suite 340S
                         Oakland, California 94612
24                         Phone: 510/637-3717
                            Fax: 510/637-3724
25                  E-mail: christine.wong@usdoj.gov

26     The Clerk is requested to change the docket sheet and other court records so as to

27 reflect that all orders and communications from the court will in the future be directed to

28 ////


SUBSTITUTION OF ATTORNEY

1  AUSA Christine Wong at the above mailing address, telephone number, facsimile number
2  and e-mail address.
3
4
   DATED:  June 5, 2008                    Respectfully submitted,
5
                                           JOSEPH P. RUSSONIELLO
6                                          United States Attorney
7
8                                              /s/
                                           CHRISTINE Y. WONG
9                                          Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY