1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  CHRISTINE Y. WONG (NYSBN 3988607)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612
     Phone: 510/637-3717
7    Fax: 510/637-3724
     E-mail:christine.wong@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )   No.  CR 08-0216 CW
                                       )
14      Plaintiff,                     )
                                       )   NOTICE OF NOT OF RECORD
15   v.                                )   COUNSEL FOR THE GOVERNMENT
                                       )
16 CARLOS GARCIA-MORALES,              )
                                       )
17      Defendant.                     )
                                       )
18
19
       Please take notice that Daniel Kaleba is not the counsel of record for the government
20
   and should be removed from the case.  As of June 5, 2008, the Assistant United States
21
   Attorney whose name, address, telephone number and e-mail address listed below is
22
   assigned to be counsel for the government.
23
                            CHRISTINE Y. WONG
24                       Assistant United States Attorney
                          1301 Clay Street; Suite 340S
25                         Oakland, California 94612
                             Phone: 510/637-3717
26                            Fax: 510/637-3724
                       E-mail: christine.wong@usdoj.gov
27
       The Clerk is requested to change the docket sheet and other court records so as to
28

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

reflect that all orders and communications from the court will in the future be directed to AUSA Christine Y. Wong at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: June 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHRISTINE Y. WONG
Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT