BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Counsel for Defendant MORALES-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0216 CW |
| ) Plaintiff, ) | DEFENDANT'S MEMORANDUM RE: AUGUST 6, 2008 SENTENCING |
| vs. ) | |
| CARLOS ANTONIO MORALES-GARCIA, ) ) Defendant. ) | |

    Mr. Morales-Garcia is scheduled to appear before this Court for sentencing pursuant to a plea agreement on August 6, 2008, at 2:00 p.m. However, Mr. Morales-Garcia has informed undersigned counsel that he believes he was not adequately informed of the consequences of the plea agreement prior to entering into the plea agreement. Mr. Morales-Garcia and undersigned counsel have discussed Mr. Morales-Garcia's contention and have been unable to resolve the matter. Mr. Morales-Garcia seeks new counsel, and intends to request new counsel prior to sentencing at the hearing on August 6, 2008.

Dated: July 31, 2008

                                  Respectfully submitted,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                  /S/

                                  REBECCA SULLIVAN SILBERT
                                  Assistant Federal Public Defender

1