JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3717
   Facsimile:  (510) 637-3724
   E-Mail:     Christine.Wong@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0216 CW |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| CARLOS GARCIA-MORALES, | **Sentencing Date: August 6, 2008, 2:00 p.m., The Honorable Claudia Wilken** |
| Defendant. | |

Consistent with paragraph 8 of the parties' Rule 11(c)(1)(C) plea agreement,[1] the United States recommends a sentence of a term of imprisonment of 37 months' imprisonment; three years of supervised release (with conditions to be fixed by the Court, including a condition that the defendant not reenter the United States illegally); no fine; and $100 special assessment.

---

[1] Although the agreement states that parties believed that the defendant's criminal history was Category III, the parties, in fact, believed that the defendant's criminal history was Category IV; the agreed-upon sentence of 37 months' imprisonment was the bottom of the applicable Guidelines range.

| | | |
|---|---|---|
| 1 | DATED: July 31, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>CHRISTINE Y. WONG<br>Assistant United States Attorney |

GOVERNMENT'S SENTENCING MEMORANDUM
No. CR-08-216 CW                    -2-