UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/6/08

**Plaintiff:** United States

v.                                                  No.  CR-08-00216 CW

**Defendant:** Carlos Antonio Morales-Garcia (present - in custody
                                                interpreter used)


**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**
Jessica Goldsberry

**Hearing:   Sentencing**

**Notes:**    Defendant withdraws his request for a new attorney and
agrees to proceed with sentencing with the AFPD.  Defendant and
attorney have gone over the PSR; no factual disputes.  As to Count 1,
the Court finds Offense Level 17, consistent with plea agreement,
Criminal History 17, leading to a Guideline Range of 37-46 months.
Consistent with the plea agreement and Probation's recommendation, the
Court sentences the defendant to 37 months custody to be followed by 3
years supervised release under the usual terms and conditions and the
special conditions as set forth in the PSR.  No fine imposed due to
lack of ability to pay a fine; defendant to pay $100 special
assessment due immediately but may be paid through the defendant's
participation in the Bureau of Prisons' Inmate Financial
Responsibility Program at the rate of $25 per quarter.  Court
will recommend placed in a facility as close to the Bay Area as
possible.  Any remaining counts are dismissed.  Defendant remanded to
custody of the U.S. Marshal.  See J&C for details.


Copies to: Chambers