1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ANTONIO MORALES GARCIA,

     Movant,

  v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

No. C  10-00145 CW
   CR 08-00216 CW

ORDER TO SHOW CAUSE

Movant, a federal prisoner currently incarcerated at the Federal Correctional Institution in Forest City, Arizona, filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  The Court hereby issues the following orders:

1.  The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney.  The Clerk shall also serve a copy of this Order on Movant.

2.  Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3.  If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent

within thirty (30) days of his receipt of the answer.

     IT IS SO ORDERED.

Dated: 1/14/10

_____

_____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CARLOS ANTONIO MORALES GARCIA,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Case Number: CV10-00145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Antonio Morales Garcia 91001-111
FCC Forrest City - Medium
P.O. Box 3000
Forrest City,  AR 72336

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA  94102

**Christine Wong**
United States Attorney's Office
Northern District of California, San Francisco Division
450 Golden Gate Ave. , 9th Floor
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, DC  20530

Dated: January 14, 2010

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3